129 A.3d 1237

## DUKE ENERGY FAYETTE II, LLC

v.

## FAYETTE COUNTY BOARD OF ASSESSMENT APPEALS

v.

**Fayette County, German Township and Albert Gallatin Area School District.**

**Petition of Albert Gallatin Area School District.**

Supreme Court of Pennsylvania.

Dec. 30, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of December, 2015, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

(1) Whether Fayette County's reassessment of improved power plant real estate located within a Keystone Opportunity Zone and exempt from real estate taxation

constituted a spot reassessment where the reassessment occurred in the year immediately following expiration of the Keystone Opportunity Zone tax exemption?

Justice EAKIN did not participate in the decision of this matter.